IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY DENNIS, | : |
| Plaintiff, | : Civil Action No. 3:20-00017 |
| v. | : |
| SUPERINTENDENT BARRY SMITH, et al., | : |
| Defendants. | : |

## ORDER

**AND NOW**, this 29th day of June 2023, upon the Court having been advised that this case has been selected for the mediation program, and it appearing that there is no further action required by the court at this time,

**IT IS HEREBY ORDERED** that the Clerk of Court is to administratively close this matter until the conclusion of the mediation with the understanding that it will be reopened either automatically after the mediation if the case was not resolved, or on motion of any party, and this case will resume as if this order had not been entered.

**IT IS FURTHER ORDERED** that nothing contained in this Order shall be considered a dismissal or disposition of this action.

**IT IS FURTHER ORDERED** that the Court expressly retains jurisdiction in this matter to consider any issue arising during the period when settlement is being finalized, including, but not limited to, enforcing settlement.

BY THE COURT:

_____
**KIM R. GIBSON, JUDGE,**
**UNITED STATES DISTRICT COURT**