IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY DENNIS, Plaintiff, | ) | Civil Action No. 3:20-cv-00017 |
| | ) | |
| v. | ) | |
| | ) | Judge Kim R. Gibson |
| | ) | |
| SUPERINTENDENT BARRY SMITH, | ) | |
| et al, Defendants. | ) | |

## REPORT OF NEUTRAL

A mediation session was held in the above-captioned matter on March 27, 2017.

The case (please check one):

\_\_\_\_\_ has resolved

\_\_\_\_\_ has resolved in part (see below)

\_\_X\_\_ has not resolved

Dated:\_\_\_January 18, 2024\_\_    _____
                                Selina J. Shultz (Signature of Neutral)